IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: MEI CARTER                                                            CHAPTER 13
                                                                             CASE NO. 16-13679

OBJECTION TO SECURED CLAIM(S) AND OTHER RELIEF

COME(S) NOW, Debtor(s), by and through counsel, and file(s) this Objection to the following pre-petition secured claim(s) and request(s) the Court to set the value for the purpose of plan confirmation:

       CREDITOR:  Capital One Auto Finance
                           Attn: Bankruptcy Dept.
                           P.O. Box 30258
                           Salt Lake city, UT 84130

Description of Collateral: 2013 Buick Lacrosse ( 29000 miles)

Amount of Debt:  $21,866.00 the amount alleged to be due.

Treatment:  Pay DEBT: of $21,866.00 plus 5% interest and upon payment of same eliminate any lien.

THAT, upon payment of values as set forth herein, the liens be canceled and any title documents be delivered to Debtor(s).

DATED: November 1, 2016.

                                                          /S/ Miranda Linton Williford
                                                          ATTORNEY FOR DEBTOR(S)

Miranda Linton Williford
Attorney at Law, PLLC
P.O. Box 1331
Southaven, MS 38671
Phone: (662) 349-1130
Fax: (866) 543-3174
MSB #102363

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: MEI CARTER                            CHAPTER 13
                                                                              CASE NO.16-13679

## NOTICE

YOU ARE HEREBY NOTIFIED that a written response to the attached Objection to Secured Claim and Other Relief must be filed with:

      U.S. BANKRUPTCY COURT CLERK
      703 HWY 145 NORTH
      ABERDEEN, MS 39730

with a copy served on the undersigned Debtor(s) Attorney and the Chapter 13 Trustee, on or before thirty (30) days from the date of this notice, or the Court will enter a Confirmation Order, which shall set the value of each affected secured creditor(s) lien, and which shall sustain this Objection to Secured Claim and Other Relief, granting the relief requested therein.  In the event a written response is filed, the Court will notify you of the date, time, and place of the hearing thereon.

      DATED: November 1, 2016.


CHAPTER 13 TRUSTEE:                      /S/Miranda Linton Williford
TERRE M. VARDAMAN                      Miranda Linton Williford
P.O. BOX 1326                                  Attorney at Law, PLLC
BRANDON, MS 39043                       P.O. Box 1331
(601) 825-7663                                 Southaven, MS 38671
                                                      (662) 349-1130

## CERTIFICATE OF SERVICE

I, Miranda Linton Williford, Attorney for the Debtor(s), do hereby certify that I have this day mailed a true and correct copy by United States mail, postage prepaid, of the above and foregoing Notice and Objection to Secured Claim and Other Relief to the creditor(s) named therein and at their respective addresses.  I further certify that I have delivered same to the U.S. Trustee and the Chapter 13 Trustee via electronic notification at the following email addresses:

   Terre M. Vardaman, Chapter 13 Trustee:  VARDAMAN13ECF@gmail.com

   U.S. Trustee:  USTPRegion05.AB.ECF@usdoj.gov

   DATED: November 1, 2016.


                                                           /S/Miranda Linton Williford
                                                           Miranda Linton Williford