IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: MEI M. CARTER                                              CHAPTER 13
                                                                  CASE NO. 16-13679

OBJECTION TO SECURED CLAIM(S) AND OTHER RELIEF

    COME(S) NOW, Debtor(s), by and through counsel, and file(s) this Objection to the following pre-petition secured claim(s) and request(s) the Court to set the value for the purpose of plan confirmation:

    CREDITOR:  Capital One Auto Finance
                      ATTN: Bankruptcy
                      P.O. Box 30258
                      Salt Lake City, UT 84130

    Description of Collateral: 2012 Hyundai Accent

    Amount of Debt:  $8,633.67 the amount alleged to be due.

    Treatment:  Pay VALUE: of $8,000.00 plus 5% interest and upon payment of same eliminate any lien.

    THAT, upon payment of values as set forth herein, the liens be canceled and any title documents be delivered to Debtor(s).

    DATED: November 18, 2016.

                                              /S/ Miranda Linton Williford
                                              ATTORNEY FOR DEBTOR(S)

Miranda Linton Williford
Attorney at Law, PLLC
P.O. Box 1331
Southaven, MS 38671
Phone: (662) 349-1130
Fax: (866) 543-3174
MSB #102363

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: MEI M. CARTER                                             CHAPTER 13
                                                                 CASE NO.16-13679

## NOTICE

YOU ARE HEREBY NOTIFIED that a written response to the attached Objection to Secured Claim and Other Relief must be filed with:

U.S. BANKRUPTCY COURT CLERK
703 HWY 145 NORTH
ABERDEEN, MS 39730

with a copy served on the undersigned Debtor(s) Attorney and the Chapter 13 Trustee, on or before thirty (30) days from the date of this notice, or the Court will enter a Confirmation Order, which shall set the value of each affected secured creditor(s) lien, and which shall sustain this Objection to Secured Claim and Other Relief, granting the relief requested therein. In the event a written response is filed, the Court will notify you of the date, time, and place of the hearing thereon.

DATED: November 18, 2016.

| | |
|---|---|
| CHAPTER 13 TRUSTEE: | /S/Miranda Linton Williford |
| TERRE M. VARDAMAN | Miranda Linton Williford |
| P.O. BOX 1326 | Attorney at Law, PLLC |
| BRANDON, MS 39043 | P.O. Box 1331 |
| (601) 825-7663 | Southaven, MS 38671 |
| | (662) 349-1130 |

## CERTIFICATE OF SERVICE

I, Miranda Linton Williford, Attorney for the Debtor(s), do hereby certify that I have this day mailed a true and correct copy by United States mail, postage prepaid, of the above and foregoing Notice and Objection to Secured Claim and Other Relief to the creditor(s) named therein and at their respective addresses. I further certify that I have delivered same to the U.S. Trustee and the Chapter 13 Trustee via electronic notification at the following email addresses:

Terre M. Vardaman, Chapter 13 Trustee:  VARDAMAN13ECF@gmail.com

U.S. Trustee:  USTPRegion05.AB.ECF@usdoj.gov

DATED: November 18, 2016.

/S/Miranda Linton Williford
Miranda Linton Williford