

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: MEI M. CARTER                                    CHAPTER 13
                                                        CASE NO. 16-13679


### ORDER APPROVING MODIFICATION OF CHAPTER 13 PLAN

Debtor having filed a Motion for Modification of her Chapter 13 Plan on May 9, 2017

and a copy of said Motion and Notice of Motion to Modify Plan having being served on the

affected creditor(s) as listed in the creditor matrix and with no written objection having been

filed, it is therefore:

ORDERED AND ADJUDGED that the Debtor's Motion for Modification of Chapter 13

Plan is granted and the Chapter 13 Trustee is hereby authorized modify the wage order as

necessary to effectuate this Order.

### ***END OF ORDER***

Respectfully Submitted by:
Miranda Linton Williford
Attorney at Law, PLLC
P.O. Box 1331
Southaven, MS 38671
phone: (662) 349-1130
MSB # 102363